Fred Sinkovits, Appellee, v. George Pearah, Appellant.

Gen. No. 11,890.    (Abstract of Decision.)

Second District.

September 4, 1964.

Schmid and Orstrom, of Glen Ellyn, for appellant; Francis W. Faris, Jr., of Bellwood, for appellee. Opinion by PRESIDING JUSTICE ABRAHAMSON. Not to be published in full.

People of the State of Illinois, Appellee, v. Daniel Carmone (Impleaded), Appellant.

Gen. No. 49,571.    (Abstract of Decision.)

First District, Second Division.

July 3, 1964.

Thomas J. Maloney and Richard H. Devine, of Chicago, for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Paul A. O'Malley, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE BRYANT. Not to be published in full.